IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| CYHIEN JUBA BARNES, JR., | No.: 1:CV-10-1684 |
| PLAINTIFF | |
| vs. | |
| CITY OF YORK<br>50 WEST KING STREET<br>YORK, PA 17401 | FILED<br>HARRISBURG, PA<br>AUG 11 2010<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| AND | |
| CHIEF WESLEY KAHLEY<br>CITY OF YORK POLICE DEPT<br>50 WEST KING STREET<br>YORK, PA 17401 | |
| AND | |
| YORK COUNTY DRUG TASK FORCE<br>45 NORTH GEORGE STREET<br>YORK, PA 17401 | |
| AND | |
| COMMONWEALTH OF<br>PENNSYLVANIA<br>PENNSYLVANIA STATE POLICE<br>1800 ELMERTON AVENUE<br>HARRISBURG, PA 17110 | |
| AND | |
| PENNSYLVANIA STATE POLICE<br>COMMISSIONER<br>JEFFREY B. MILLER<br>1800 ELMERTON AVENUE<br>HARRISBURG, PA 17110 | |
| AND | |
| PENNSYLVANIA STATE POLICE | |

| | |
|---|---|
| COMMISSIONER<br>FRANK E. PAWLOWSKI<br>1800 ELMERTON AVENUE<br>HARRISBURG, PA 17110 | :<br>:<br>:<br>:<br>: |
| AND | :<br>: |
| PENNSYLVANIA STATE TROOPER<br>SHAWN A. WOLFE<br>1800 ELMERTON AVENUE<br>HARRISBURG, PA 17110 | :<br>:<br>:<br>:<br>: |
| AND | :<br>: |
| PENNSYLVANIA STATE TROOPER<br>CHRISTOPHER C. KEPPEL<br>1800 ELMERTON AVENUE<br>HARRISBURG, PA 17110 | :<br>:<br>:<br>:<br>: |
| AND | :<br>: |
| YORK CITY POLICE DETECTIVE<br>BART Seelig<br>50 WEST KING STREET<br>YORK, PA 17401 | :<br>:<br>:<br>:<br>: |
| AND | :<br>: |
| AGENT NAWROCKI<br>ADDRESS UNKNOWN | :<br>:<br>:<br>: |
| DEFENDANTS | : |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, who is

Cyhein Juba Barnes, Jr., makes the following disclosure:

1. Is the party a non-governmental corporate party?

   ☐ YES          X NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: 8/11/10          Signed: _____

                        TERI B. HIMEBAUGH, ESQUIRE

                        JEFFREY PHILIP PAUL, ESQUIRE